**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez**

Civil Action No. 13-cv-1621-WJM

JAMES GREGORY MAY

    Plaintiff,

v.

U.S. BANK N.A., Trustee Structured Asset Securities Corporation Trust 2005-WF2,
WELLS FARGO BANK, N.A.,
ROBERT J. ARONOWITZ, individually and as a member of Aronowitz & Mecklenburg, LLP,
LISA CANCANON, individually and as a member of Aronowitz & Mecklenburg, LLP, and
DOES 1-100,

    Defendants.
_____

**ORDER OF RECUSAL**
_____

This matter is before the Court *sua sponte*. I have a financial interest in Defendant, Wells Fargo Bank, N.A., through ownership of shares in three mutual funds managed by a wholly-owned securities affiliate of this Defendant. Pursuant to 28 U.S.C. §455(b)(4) and the Code of Conduct of Conduct for United States Judges, my recusal in this matter is required.

Accordingly, I hereby RECUSE myself from hearing this matter. The Clerk shall randomly reassign this case to another District Judge of this Court.

Dated this 21st day of June, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge