# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock

Date: August 16, 2013  
Time: 2 hours and 3 minutes

**CASE NO. 13-cv-01621-PAB-MJW**

| Parties | Counsel |
|---|---|
| **JAMES GREGORY MAY,** | Pro Se |
| Plaintiff (s), | |
| vs. | |
| **U.S. BANK, N.A.,** <br> **WELLS FARGO BANK, N.A.,** <br> **ROBERT J. ARONOWITZ, and** <br> **LISA CANCANON,** | Marie Williams <br> Nadia Malik <br> Lauren Tew |
| Defendant (s). | |

## HEARING ON MOTION FOR PRELIMINARY INJUNCTION

**1:37 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL for defendants.

Plaintiff's Motion for Preliminary Injunction [Docket No. 3]

Court discusses preliminary matters.

Page Two
13-cv-01621-PAB-MJW
August 16, 2013

**ORDERED:**  Plaintiff's exhibits attached to his complaint are ADMITTED.

**1:54 p.m.**     Testimony by plaintiff James May.

**1:54 p.m.**     Cross examination by Ms. Malik,

Defendants' **exhibits A, B, C, and C** identified, offered and ADMITTED.

**2:48 p.m.**     Further testimony by plaintiff James May.

**2:54 p.m.**     Cross examination by Ms. Tew.

**2:59 p.m.**     Cross examination by Ms. Malik.

**3:05 p.m.**     Argument by Mr. May.

**3:12 p.m.**     Argument by Ms. Williams.

**3:27 p.m.**     Argument by Ms. Tew.

**3:34 p.m.**     Rebuttal argument by plaintiff James May.

**ORDERED:**  Motion taken under advisement.  Written order shall issue.

**3:40 p.m.**     **COURT IN RECESS**

**Total in court time:**        **123 minutes**

**Hearing concluded**