**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

Civil Action No.   13-cv-01621-PAB-MJW

FTR - Courtroom A-502

**Date:**   August 21, 2013

Courtroom Deputy, Ellen E. Miller

_Parties_

_Counsel_

JAMES GREGORY MAY,

_Pro Se_

     Plaintiff(s),

v.

U.S. BANK, N.A.,
as trustee for Structured Asset Securities
Corporation Trust 2005-WF2,
WELLS FARGO BANK, N.A.,
ROBERT J. ARONOWITZ,
individually and as a member of Aronowitz &
Mecklenburg, LLP,
LISA CANCANON,
individually and as a member of Aronowitz &
Mecklenburg, LLP, and
DOES 1-100;

Marie E. Williams
Lauren E. Tew

     Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**HEARING:   STATUS  CONFERENCE**
**Court in session:**   9:03 a.m.
Court calls case.  Appearance of _Pro Se_ plaintiff and defense counsel.

Status of the case is discussed.  Plaintiff advises the Court he is seeking to retain private
counsel.

**It is ORDERED:**   _Pro Se_ Plaintiff shall have up to and including **SEPTEMBER 11, 2013** to
file any written RESPONSE to "Aronowitz & Mecklenburg defendants"
Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and (6) [Docket
No. **16**, filed July 11, 2013]
Defendants may file any REPLY **on or before SEPTEMBER 20, 2013.**

**It is ORDERED:**   _Pro Se_ Plaintiff shall have up to and including **SEPTEMBER 11, 2013** to
file any written RESPONSE to "Bank  defendants" Motion to Dismiss
Pursuant to Fed. R. Civ. P. 12(b)(6)   [Docket **30**, filed August 01, 2013].

Defendants may file any REPLY **on or before SEPTEMBER 20, 2013.**

The Court raises *Pro Se* Plaintiff's Motion for Defendants to Produce and Provide to the Court Original Documents for discussion.

**It is ORDERED:**      *Pro Se* Plaintiff's MOTION FOR DEFENDANTS TO PRODUCE AND PROVIDE TO THE COURT ORIGINAL DOCUMENTS [Docket No. **35,** filed August 15, 2013] is **DENIED  WITHOUT  PREJUDICE** for reasons as set forth on the record.

**It is ORDERED:**      A **RULE 16(b) SCHEDULING CONFERENCE** is set **SEPTEMBER 19, 2013 at 10:30 a.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Counsel/pro se parties in this case shall hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order.   Parties shall file  their proposed Scheduling Order **on or before   SEPTEMBER 12, 2013.**
Counsel/pro se parties shall prepare the proposed Scheduling Order in accordance with the form found in the forms section of the Court's website at www.cod.uscourts.gov .
Defendant U.S. BANK, N.A. shall electronically file the proposed Scheduling Order as defense counsel has electronic court filing privileges

 Anyone seeking entry into a United States Courthouse is required to show a valid current photo identification.  See D.C.COLO.LCivR 83.2.  Failure to comply with this requirement may result in denial of entry to the courthouse.

The plaintiff shall notify all parties who have not entered an appearance, of the date and time of the scheduling/planning conference.

*Pro Se* plaintiff shall be reminded  he is  required to comply with all applicable Federal Rules of Civil Procedure (Fed.R.Civ.P. )  and  the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLO.LCivR.) and Federal Rules of Evidence (Fed. R. of Evid.). The *Pro Se* plaintiff may obtain a copy of the United States District Court for the District of Colorado Local rules of Practice on the court website www.cod.uscourts.gov  or in the office of the Clerk of the Court.  *Pro Se* Plaintiff shall also be reminded that "ghost writing" is not permitted.

HEARING CONCLUDES.

**Court in recess:**   9:45  a.m.
Total In-Court Time:  00:42