IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-01621-PAB-MJW

JAMES GREGORY MAY,

    Plaintiff,

v.

U.S. BANK, N.A., as trustee for Structured Asset Securities Corporation Trust 2005-WF2,
WELLS FARGO BANK, N.A.,
ROBERT J. ARONOWITZ, individually and as a member of Aronowitz & Mecklenburg, LLP,
LISA CANCANON, individually and as a member of Aronowitz & Mecklenburg, LLP, and
DOES 1-100,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    This matter comes before the Court on the Motion by Plaintiff to Voluntarily Dismiss With Prejudice [Docket No. 46]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the Motion by Plaintiff to Voluntarily Dismiss With Prejudice [Docket No. 46] is GRANTED. It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED September 27, 2013.

           BY THE COURT:

           s/Philip A. Brimmer
           PHILIP A. BRIMMER
           United States District Judge